# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SEAN DECRANE, | Case No. 1:16-cv-02647-CAB |
| Plaintiff, | Judge Christopher A. Boyko |
| v. | Magistrate Judge William H. Baughman, Jr. |
| EDWARD J. ECKART, et al., | |
| Defendants. | |

*Joint Status Report per ECF #57*

Pursuant to the Court's March 6, 2018 Order (ECF #57), the parties had a face-to-face meet and confer on March 21, 2018 to discuss and attempt to resolve the discovery disputes related to ECF #51 and ECF #54. The parties did not reach agreement on these discovery disputes.

At this March 21, 2018 meeting, the parties also conferred about Plaintiff's own residual discovery concerns. Plaintiff is evaluating Defendants' representations on those issues and they may be the subject of further outreach to the Court. Defendants consider Plaintiff's discovery concerns resolved.

Respectfully submitted,

| | |
|---|---|
| *s/ Subodh Chandra/drv* (per consent) | *s/ David R. Vance* |
| Subodh Chandra (0069233) | Jon M. Dileno (0040836) – jmd@zrlaw.com |
| Ashlie Case Sletvold (0079477) | David R. Vance (0083842) – drv@zrlaw.com |
| Donald Screen (0044070) | Zashin & Rich Co., L.P.A. |
| Patrick Kabat (NY 5280730) | 950 Main Avenue, 4th Floor |
| Patrick Haney (0092333) | Cleveland, Ohio 44113 |
| The Chandra Law Firm LLC | 216.696.4441 Phone |
| The Chandra Law Building | 216.696.1618 Fax |

-2-

1265 W. 6th St., Suite 400
Cleveland, Ohio 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Patrick.Kabat@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

*Attorneys for Plaintiff*

Stacey M. Pellom (0095292)
City of Cleveland Department of Law
601 Lakeside Avenue, Suite 106
Cleveland, Ohio 44114
216.664.2800 Phone; 216.664.2663 Fax
spellom2@city.cleveland.oh.us

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018 the foregoing document was filed via the Court's electronic filing system and will be served on all parties via that system.

*s/ David R. Vance*
**Jon M. Dileno (#0040836)**
 jmd@zrlaw.com
**David R. Vance (#0083842)**
 drv@zrlaw.com
**Zashin & Rich Co., L.P.A.**
950 Main Avenue, 4th Floor
Cleveland, OH  44113
T:  (216) 696-4441
F:  (216) 696-1618

**Stacey M. Pellom (#0095292)**
 spellom2@city.cleveland.oh.us
**City of Cleveland Department of Law**
601 Lakeside Avenue, Room 106
Cleveland, OH  44114
T:  (216) 664-2800
F:  (216) 664-2663

*Attorneys for Defendants*