IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN DeCRANE, | ) | CASE NO. 1:16 CV 2647 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| EDWARD ECKART, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

The referrals made in this case by District Judge Boyko provided for a disposition of the matters referred,[1] reports and recommendations were entered on those referrals[2] and are hereby vacated. Separate orders will issue disposing of the matters.

IT IS SO ORDERED.

Dated: April 27, 2018   s/ William H. Baughman, Jr.
United States Magistrate Judge

---

[1] ECF #51 and non-document entry of March 22, 2018.

[2] ECF ## 81, 82.