IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Sean DeCrane<br>      *Plaintiff,*<br>v.<br>Edward J. Eckart, Jr., *et al.*,<br>      *Defendants.* | Case No. 1:16-cv-02647<br><br>Judge Christopher A. Boyko<br><br>Magistrate Judge William H. Baughman, Jr. |
| **MOTION TO WITHDRAW AS COUNSEL** ||

      Patrick Kabat moves to withdraw as counsel of record for Plaintiff Sean DeCrane. On May 17, 2019, Mr. Kabat will leave The Chandra Law Firm LLC to launch a network of First Amendment law-school clinics. Plaintiff will continue to be represented by The Chandra Law Firm LLC. Plaintiff also requests that the Court direct the Clerk to remove Mr. Kabat from the CM/ECF service list in this matter.

      Respectfully submitted,

*/s/ Patrick Kabat*
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Patrick Kabat (NY Bar No. 5280730)
Patrick Haney (0092333)
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Patrick.Kabat@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

*Attorneys for Plaintiff Sean DeCrane*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2019, the above document was filed using the ECF system, which will send notification to all counsel of record.

*/s/ Patrick Kabat*
*One of the attorneys for Plaintiff Sean DeCrane*