# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **SEAN DECRANE,** | : | **Case No. 1:16-cv-02647-CAB** |
| | : | |
| **Plaintiff,** | : | **Judge Christopher A. Boyko** |
| | : | |
| **v.** | : | |
| | : | |
| **EDWARD ECKART, et al.,** | : | *Joint Request for Status Conference* |
| | : | |
| **Defendants.** | : | |
| | : | |

The Parties jointly request a conference to discuss the status of the case.  Presently, there are no upcoming case deadlines or filings pending before the Court.

Respectfully submitted,

<u>s/ Ashlie Case Sletvold/drv</u> (per consent)
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Patrick Haney (0092333)
Brian Bardwell (0098423)
The Chandra Law Firm LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Patrick.Haney@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff*

<u>s/ David R. Vance</u>
Jon M. Dileno (0040836) – jmd@zrlaw.com
David R. Vance (0083842) – drv@zrlaw.com
Zashin & Rich Co., L.P.A.
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
216.696.4441 Phone
216.696.1618 Fax

William Menzalora (0061136)
City of Cleveland Department of Law
601 Lakeside Avenue, Room 106
Cleveland, OH  44114
216.664.2800 Phone
wmenzalora@city.cleveland.oh.us

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019 the foregoing document was filed via the Court's electronic filing system and will be served on all parties via that system.

*s/ David R. Vance*
**Jon M. Dileno (#0040836)**
 jmd@zrlaw.com
**David R. Vance (#0083842)**
 drv@zrlaw.com
**Zashin & Rich Co., L.P.A.**
950 Main Avenue, 4th Floor
Cleveland, OH  44113
T:  (216) 696-4441
F:  (216) 696-1618

**William Menzalora (#0061136)**
 wmenzalora@city.cleveland.oh.us
**City of Cleveland Department of Law**
601 Lakeside Avenue, Room 106
Cleveland, OH  44114
T:  (216) 664-2800

*Attorneys for Defendants*