IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SEAN DECRANE** <br> *Plaintiff,* <br> v. <br> **EDWARD J. ECKART**, *et al.* <br> *Defendants.* | Case No. 1:16-cv-02647 <br><br> Judge Christopher A. Boyko <br><br> Magistrate Judge William H. Baughman, Jr. |
| **PLAINTIFF SEAN DECRANE'S MOTION FOR TELEPHONIC STATUS CONFERENCE** | |

Plaintiff respectfully requests that the Court set a telephonic status conference.

Trial in the matter is set for May 18, 2020 with the final pretrial scheduled for April 30, 2020. ECF #135. Appropriate trial preparation will involve a significant investment of time and resources in March and April.

The individual Defendants included a qualified-immunity argument in their second summary-judgment motion filed on November 11, 2019. ECF #139. If the Court denies their motion, Defendants may file an interlocutory appeal of the qualified-immunity denial. If that happens, or if the Court grants the summary-judgment motion, trial would not go forward as set. That means that the parties could prepare for trial over the coming weeks, only to have to re-prepare after an appellate interlude if Plaintiff prevails. Plaintiff seeks to avoid any duplication of effort.

To ensure that no unnecessary time or resources are expended preparing for a trial that may not go forward as set, Plaintiff respectfully requests that the Court convene a telephone conference to discuss case status.

Dated: February 26, 2020

Respectfully submitted,

*/s/ Ashlie Case Sletvold*
Ashlie Case Sletvold (0079477)
Subodh Chandra (0069233)
Patrick Haney (0092333)
Brian Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Ashlie.Sletvold@ChandraLaw.com
Subodh.Chandra@ChandraLaw.com
Patrick.Haney@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff Sean DeCrane*