IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SEAN DECRANE**<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>**EDWARD J. ECKART**, *et al.*<br><br>　　　　　　*Defendants.* | Case No. 1:16-cv-02647<br><br>Judge Christopher A. Boyko<br><br>Magistrate Judge William H. Baughman, Jr. |
| **JOINT STATUS REPORT** ||

　　　The parties respectfully submit this joint status report as directed by the Court's civil-docket management order, issued in light of N.D. Ohio General Order 2020-5-1 regarding COVID-19. ECF #156.

　　　The only pending motion is Defendants' second summary-judgment motion. *See* ECF #139, 151, 152. The parties request that the Court, after ruling on that motion, if necessary, set a telephonic status conference to discuss new dates.

Respectfully submitted,

| | |
|---|---|
| */s/ Ashlie Case Sletvold* | *s/ David R. Vance (per consent)* |
| Subodh Chandra (0069233) | Jon M. Dileno (0040836) |
| Ashlie Case Sletvold (0079477) | David R. Vance (0083842) |
| Patrick Haney (0092333) | Zashin & Rich Co., L.P.A. |
| Brian Bardwell (0098423) | 950 Main Avenue, 4th Floor |
| THE CHANDRA LAW FIRM LLC | Cleveland, Ohio 44113 |
| The Chandra Law Building | 216.696.4441 Phone |
| 1265 W. 6th St., Suite 400 | 216.696.1618 Fax |
| Cleveland, OH 44113-1326 | jmd@zrlaw.com |
| 216.578.1700 Phone | drv@zrlaw.com |
| 216.578.1800 Fax | |
| Subodh.Chandra@ChandraLaw.com | William Menzolora (0061136) |
| Ashlie.Sletvold@ChandraLaw.com | City of Cleveland Department of Law |
| Patrick.Haney@ChandraLaw.com | 601 Lakeside Avenue, Room 106 |
| Brian.Bardwell@ChandraLaw.com | Cleveland, Ohio 44114 |
| | 216.664.2800 Phone |
| *Attorneys for Plaintiff Sean DeCrane* | wmenzalora@city.cleveland.oh.us |
| | |
| | *Attorneys for Defendants* |